# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 21, 2018

157238 & (20)

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHAEL GRESHAM,
      Defendant-Appellant.

SC: 157238
COA: 340887
Kent CC: 99-011190-FC

_____/

On order of the Court, the application for leave to appeal the December 21, 2017 order of the Court of Appeals is considered. The defendant's claims regarding DNA testing and the retention of biological materials under MCL 770.16, and regarding judicial bias, are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. In all other respects, leave to appeal is DENIED, because the remaining questions raised in the defendant's motion for relief from judgment are prohibited by MCR 6.502(G). The motion to remand to expand the record is DENIED.

I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 21, 2018



Clerk

p1217